# aeela

<u>LEGAL DIVISION</u>
COMMONWEALTH OF PUERTO RICO EMPLOYEES ASSOCIATION

June 29, 2007

MR BRYAN ROMAN-MONTANEZ
VILLA FABIANA 4 EN-3
CAROLINA PR  00983

Dear client:

Re:   Declaration of Heirs-
      Fernando Roman-Concepcion

I have included a copy of the resolution issued by the court in the aforementioned case..

Cordially,
[rubber stamp signature]
VIVIAN NEGRON-RODRIGUEZ
Attorney at law
Office of Legal Affairs
Adm

Attachments

[Certified Translation stamp: I certify this to be a correct translation of its original in the Spanish language. NOEL ZAMOT, Certified Court Interpreter-Translator by the Administrative Office of the United States Courts]

PO BOX 70199
SAN JUAN, PUERTO RICO  00936-8190

PAGE 01                COMMONWEALTH OF PUERTO RICO
                         COURT OF ORIGINAL PLEAS
                            SAN JUAN COURT

ROMAN-RODRIGUEZ, JOSE F.
            PLAINTIFF                      CASE NUM.:K JV2007-0620
              VS                           COURTROOM: 0803
EX PARTE                                   DECLARATION OF HEIRS
            DEFENDANT                      CAUSE OR OFFENSE

NEGRON-RODRIGUEZ VIVIAN
PO BOX 70199
SAN JUAN PR              00936-8160

                           N O T I F I C A T I O N

     I HEREBY CERTIFY THAT REGARDING THE PETITION -------------- ON MAY 16,
2007  THE COURT HANDED DOWN THE RESOLUTION -------
WHICH IS ATTACHED BELOW:




                    SIGNED      LETICIA D. ORTIZ FELICIANO
                                         JUDGE

     I ALSO HEREBY CERTIFY THAT TODAY I MAILED A COPY OF THIS NOTIFICATION
TO THE FOLLOWING PEOPLE AT THE ADDRESSES INDICATED HAVING TODAY FILED A COPY
OF THIS NOTIFICATION IN THE ARCHIVES.

SAN JUAN    , PUERTO RICO, ON JUNE 27, 2007

                              REBECCA RIVERA-TORRES
                                        SECRETARY
                    BY:   MARTA T. ACOSTA
                                        AUXILIARY SECRETARY

O.A.T.750 - NOTIFICATION OF RESOLUTIONS AND ORDERS
TEL-COURTS: (787)759-1888/OUT OF METRO AREA, TOLL FREE (787) 1-877-759-1888

CERTIFIED TRANSLATION
I CERTIFY THIS TO BE A CORRECT
TRANSLATION OF ITS ORIGINAL IN THE
SPANISH LANGUAGE
NOEL ZAMOT
CERTIFIED COURT INTERPRETER-TRANSLATOR
BY THE ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

## COMMONWEALTH OF PUERTO RICO
## COURT OF ORIGINAL PLEAS
## SAN JUAN SUPERIOR COURT

| | |
|---|---|
| **ROMAN-RODRIGUEZ, JOSE F.** | **NUM. CIVIL: K JVO7-0620** |
| **PLAINTIFF** | **COURTROOM: 803** |
| **VS** | **RE:** |
| **EX PARTE** | **REPUDIATION OF INHERITANCE (DECLARATION OF HEIRS)** |
| **DEFENDANTS** | |

### RESOLUTION

The plaintiff filed a petition regarding the Declaration of Heirs of FERNANDO ROMAN-CONCEPCION, also known as FERNANDO ROMAN, who died un-married on December 22, 2006 in San Juan, Puerto Rico in accordance with the procedure established in the Civil Lawsuit Code, Article 552, as amended (32 LPRA, Section 3201).

As it appears in the proof presented, the principal died intestate as corroborated by the Negative Certification of the Puerto Rico Supreme Court Testaments Registry.

In accordance with the documented proof presented, the Court finds CAUSE for this petition and consequently decrees that the only and universal heirs of FERNANDO ROMAN-CONCEPCION, also known as FERNANDO ROMAN to his children:

CERTIFIED TRANSLATION
I CERTIFY THIS TO BE A CORRECT TRANSLATION OF ITS ORIGINAL IN THE SPANISH LANGUAGE

NOEL ZAMOT
CERTIFIED COURT INTERPRETER-TRANSLATOR
BY THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*JOSEPH ROMAN-MONTANEZ, born on April 30, 1980 in Rio Piedras, Puerto Rico, of legal age, single and resident of Urb. Villa Fontana, Via Fabiana 4 EN-3, Carolina, Puerto Rico 00983;*

*BYRAN E. ROMAN-MONTANEZ, also known as BYRAN ROMAN- MONTANEZ, born on December 10, 1982 in Rio Piedras, Puerto Rico, of legal age, single and resident of Urb. Villa Fontana, Via Fabiana 4 EN-3, Carolina, Puerto Rico 00983;*

*DAPHNE WIDALY ROMAN-MONTANEZ, born on July 8, 1984 in Rio Piedras, Puerto Rico, of legal age, single and resident of Urb. Villa Fontana, Via Fabiana 4 EN-3, Carolina, Puerto Rico 00983;*

*FERNANDO ROMAN-ALEJANDRO, born on October 14, 1961 in Rio Piedras, Puerto Rico, of legal age, single and resident of 120 Farnham Avenue, Garfield, Rio Piedras, Puerto Rico, of legal age, single and resident of and resident of 120 Farnham Avenue, Garfield, N.J. 07026.*

**REGISTERED AND NOTIFIED**

*A certified copy has been issued free of charge in accordance with June 29, 1966 Law Num. 133, Section 14 as amended.*
*Issued in San Juan, Puerto Rico on May 16, 2007*

***LETICIA D. ORTIZ-FELICIANO***
***SUPERIOR COURT JUDGE***

[Stamp: CERTIFIED TRANSLATION — I CERTIFY THIS TO BE A CORRECT TRANSLATION OF ITS ORIGINAL IN THE SPANISH LANGUAGE — NOEL ZAMOT — CERTIFIED COURT INTERPRETER-TRANSLATOR BY THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS]



ASOCIACION DE EMPLEADOS DEL ELA

29 de junio de 2007

SR BRYAN ROMAN MONTAÑEZ
VILLA FONTANA
VIA FABIANA 4 EN-3
CAROLINA PR  00983

Estimado(a) cliente:

Re:   Declaratoria de Herederos-
      Fernando Román Concepción

Le incluyo copia de la Resolución emitida por el Tribunal en el caso de referencia.

Esperamos haberle servido satisfactoriamente. Nos reiteramos a sus órdenes para cualquier duda con relación a este caso.

Atentamente,

VIVIAN NEGRÓN RODRIGUEZ
Abogada
Oficina de Asuntos Legales
adm

Anejos

```
PAG. 01                ESTADO LIBRE ASOCIADO DE PUERTO RICO
                          TRIBUNAL DE PRIMERA INSTANCIA
                                SALA DE SAN JUAN

     ROMAN RODRIGUEZ, JOSE F.
     ------------------------------------------
                    DEMANDANTE                    CASO NUM:K JV2007-0620
                         VS.                                SALON:  0803
     EX PARTE                             DECLARATORIA DE HEREDEROS
     ------------------------------------------  ------------------------------
                    DEMANDADO                        CAUSAL O DELITO

     LIC. NEGRON RODRIGUEZ VIVIAN
     PO BOX 70199
     SAN JUAN PR
                              00936-8190

                            N O T I F I C A C I O N


          CERTIFICO QUE EN RELACION CON PETICION --------------------------- EL DIA
     16 DE MAYO DE 2007         EL TRIBUNAL DICTO LA RESOLUCION ------------ QUE SE
     ACOMPA?A  A CONTINUACION:




                          FDO.  LETICIA D. ORTIZ FELICIANO
                                         JUEZ

          CERTIFICO  ADEMAS QUE EN EL DIA DE HOY  ENVIE POR CORREO  COPIA DE ESTA
     NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO
     EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

     SAN JUAN     , PUERTO RICO, A 27 DE JUNIO DE 2007

                              LCDA. REBECCA RIVERA TORRES
                              ------------------------------------------
                                                    SECRETARIO
                           POR: MARTA T. ACOSTA
                              ------------------------------------------
                                              SECRETARIO AUXILIAR

     O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES
     TELETRIBUNALES:(787)759-1888/ISLA, LIBRE DE COSTO(787)1-877-759-1888
```

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| ROMAN RODRIGUEZ, JOSE F. | CIVIL NÚM: K JV07-0620 |
| DEMANDANTE | SALA: 803 |
| VS | SOBRE: |
| EX PARTE | REPUDIACION DE HERENCIA (DECLARATORIA DE HEREDEROS) |
| DEMANDADOS | |

### RESOUCION

La parte peticionaria radicò bajo juramento Petición sobre Declaratoria de Herederos de FERNANDO ROMAN CONCEPCION, tambièn conocido como FERNANDO ROMAN, quien falleciò siendo soltero el 22 de diciembre de 2006 en San Juan, Puerto Rico, a tenor con el procedimiento establecido en el Artìculo 552, segùn enmendado, del Còdigo de Enjuiciamiento Civil (32 LPRA, Secciòn 3201).

Según surge de la prueba presentada el causante falleciò intestado conforme la Certificación Negativa del Registro de Testamentos del Tribunal Supremo de Puerto Rico.

De conformidad con la prueba documental presentada, el Tribunal declara CON LUGAR la misma y en su consecuencia decreta ùnicos y universales herederos de FERNANDO ROMAN CONCEPCION, TAMBIEN CONOCIDO COMO FERNANDO ROMAN a sus hijos:

*JOSEPH ROMAN MONTAÑEZ*, nacido el 30 de abril de 1980 en Río Piedras, Puerto Rico, mayor de edad, soltero y vecino de la Urb. Villa Fontana, Vía Fabiana 4 EN-3, Carolina, Puerto Rico 00983;

*BRYAN E. ROMAN MONTAÑEZ, T.C.C. BRYAN ROMAN MONTAÑEZ*, nacido el 10 de diciembre de 1982 en Río Piedras, Puerto Rico, mayor de edad, soltero y vecino de la Urb. Villa Fontana, Vía Fabiana 4 EN-3, Carolina, Puerto Rico 00983;

*DAPHNE WIDALY ROMAN MONTAÑEZ*, nacido el 8 de junio de 1984 en Río Piedras, Puerto Rico, mayor de edad soltero y vecino de la Urb. Villa Fontana, Vía Fabiana 4 EN-3, Carolina, Puerto Rico 00983;

*FERNANDO ROMAN ALEJANDRO*, nacido el 14 de octubre de 1961 en Río Piedras, Puerto Rico, mayor de edad, soltero y vecino del 120 Farnham Avenue, Garfield, Río Piedras, Puerto Rico, mayor de edad, soltero y vecino del 120 Farnham Avenue, Garfield, N.J. 07026.

**REGISTRESE Y NOTIFÍQUESE.**

*Expídase copia certificada libre de derechos por la Sección 14 de la Ley Num. 133 del 29 de junio de 1966 según ha sido enmendada.*

*Dada en San Juan, Puerto Rico, a 16 de Mayo de 2007.*

*LETICIA D. ORTIZ FELICIANO*
*JUEZ SUPERIOR*